## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TERRI J. WALLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:25-cv-01812-RWS |
| | ) |
| DENISE WALLS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Terri J. Walls' complaint for injunction. The complaint and the motion to proceed in forma pauperis are defective because they have not been drafted on Court-provided forms. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms").

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff (1) a copy of the Court's civil complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a completed application to proceed in district court without prepaying fees or costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court-provided form within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 16th day of December, 2025.

                                                    RODNEY W. SIPPEL
                                                   UNITED STATES DISTRICT JUDGE