**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TERRI J. WALLS, )
)
Plaintiff, )
)
v. )          No. 4:25-cv-01812-RWS
)
DENISE WALLS, )
)
Defendant. )

## MEMORANDUM AND ODER

This matter is before the Court on self-represented Plaintiff Terri J. Walls's response to the Court's Order to Show Cause (Doc. 8).  For the following reasons, this action will be dismissed without prejudice for lack of subject matter jurisdiction.

Plaintiff brings this civil complaint against Defendant Denise Walls, alleging that she changed the locks on Plaintiff's mother's house and is prohibiting Plaintiff from entering.  Plaintiff is her mother's attorney-in-fact under her durable power of attorney.  For relief, Plaintiff seeks an injunction restoring her access to her mother's residence.

On February 13, 2026, the Court entered an order requiring Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction.  *See* Doc. 7.  The Court noted that Plaintiff's complaint did not arise under the Constitution, laws, or treaties of the United States, and therefore no federal question jurisdiction existed.  Further, Plaintiff had not alleged any diversity of citizenship between the parties nor met the jurisdictional amount.  *See id.*  In response, Plaintiff states that her "claims involve the protection, care, and financial management of a disabled individual, which implicates federal protections concerning the rights of disabled adults

and their designated representatives." Doc. 8 at 1.  Plaintiff cites to no federal law, and the Court is not aware of a federal law relevant to Plaintiff's allegations.

The factual allegations in Plaintiff's response do not establish either federal question or diversity jurisdiction under 28 U.S.C. § 1331 or § 1332.  For this reason, and for those stated in the Court's Memorandum and Order to Show Cause dated February 13, 2026, the Court will dismiss this action without prejudice for lack of subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.  *See* Fed. R. Civ. P. 12(h)(3).

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 13 day of April, 2026.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE